IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BENJAMIN PIERRE RUMLIN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1973

_____/

Opinion filed February 7, 2017.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Valarie Linnen, for Appellant.

Pamela Jo Bondi, Attorney General, Robert Charles Lee, Assistant Attorney General, for Appellee.


PER CURIAM.

     AFFIRMED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.